# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR89 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| HUGO RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion for leave to file pretrial motions out of time by defendant Hugo Ramirez (Ramirez) (Filing No. 45). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Ramirez's motion for leave to file pretrial motions out of time (Filing No. 45) is granted. Ramirez is given until **on or before April 8, 2008,** in which to file the pretrial motions set forth in his request.

DATED this 31st day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge